**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1060 Fulton Street, Suite 701
Fresno, CA 93721
Phone: (559) 442-1041
Fax: (559) 214-0174
hmdrandell@sbcglobal.net

ATTORNEYS FOR DEFENDANT, ANDY GILLEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:21-CR-00012-JLT |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO TERMINATE CJA APPOINTMENT OF HARRY M. DRANDELL AS ATTORNEY OF RECORD AND ORDER** |
| ANDY GILLEY, | |
| Defendant. | |

On January 14, 2021, Defendant, Andy Gilley was indicted on federal charges. CJA Panel Attorney, Harry M. Drandell was appointed as trial counsel to represent Mr. Gilley on March 16, 2021, in his criminal case. Mr. Gilley was sentenced pursuant to plea agreement on September 11, 2023. The time for filing a direct appeal was September 25, 2023. No direct appeal was filed. The trial phase of Mr. Gilley's criminal case has, therefore, come to an end. Having completed his representation of Mr. Gilley, CJA attorney Harry M. Drandell now moves to terminate his appointment under the Criminal Justice Act.

///

Should Mr. Gilley require further legal assistance, he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:  November 2, 2023            HARRY M. DRANDELL
                                    Law Offices of Harry M. Drandell


                            By:     /s/ Harry M. Drandell
                                    HARRY M. DRANDELL
                                    Attorney for Defendant,
                                    ANDY GILLEY

# O R D E R

Having reviewed the notice and found that attorney Harry M. Drandell has completed the services for which he was appointed, the Court hereby grants attorney Harry M. Drandell's request for leave to withdraw as defense counsel in the matter. Should defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist Defendant.

The Clerk of the Court is directed to serve a copy of this Order on Defendant, Andy Gilley, at the following address and to update the docket to reflect Defendant's pro se status and contact information;

Andy Gilley; BOP #34787-509
FDC Miami
Federal Detention Center
P.O. Box 019120
Miami, FL  33101

IT IS SO ORDERED.

Dated: November 3, 2023

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE